**United States District Court
District of Nevada**

# NOTICE



_FILED  _RECEIVED
_ENTERED  _SERVED ON
          COUNSEL/PARTIES OF RECORD

SEP 17 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____DEPUTY

**Contact the U.S. Probation Office Today**

The Court has ordered that the United States Probation Office complete a presentence investigation report in your case. You are therefore instructed to contact the United States Probation Office, or report in person within 24 hours to:

**United States Probation Office
Foley Federal Building
300 South Las Vegas Boulevard, Suite 1200
Las Vegas, Nevada 89101-5833
(702) 527-7300**

(Directly across the street from the Lloyd D. George Courthouse & Federal Building)

Once you report to the United States Probation Office, present this form to the receptionist for further instructions. In the event you are unable to contact the United States Probation Office today, you must report the following business day. If you have any questions, consult with your attorney.

2:12-CR-400-JAD-GWF
**Case Number**

Thomas A. Cecrle
**Defendant**

William Carrico
**Attorney of Record**

9-17-14
**Date of plea/verdict**

1-26-15 @ 2:30 p.m.
**Date and time of Sentencing**

Pink to defendant
White to court file
Yellow to U.S. Probation Office

☒ Defendant on bond
☐ Defendant in custody

F:\NOTICE Contact Prob Ofc rev 3-10.wpd