RENE L. VALLADARES
Federal Public Defender
District of Nevada
State Bar No. 11479
William Carrico
Assistant Federal Public Defender
State Bar No. 003042
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Thomas A. Cecrle

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS A. CECRLE,<br><br>Defendant. | 2:12-cr-400-JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Steven W. Myhre, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for THOMAS A. CECRLE, that the sentencing hearing scheduled for Monday, July 26, 2015 at the hour of 2:30 p.m., be vacated and continued to a date and time convenient to the Court. However, in no event earlier than thirty (30) days.

  This Stipulation is entered into for the following reasons:

  1. Counsel for the defendant requires additional time to prepare for sentencing.

  2. The defendant is not incarcerated and does not object to the continuance.

///

///

1

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant sufficient time within which to effectively and thoroughly prepare for the instant sentencing hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The parties agree to the continuance.

6. This is the first request for a continuance of the sentencing hearing filed herein.

DATED this 13th day of January, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: */s/ William Carrico*<br>    WILLIAM CARRICO,<br>    Assistant Federal Public Defender | By: */s/ Steven W. Myhre*<br>    STEVEN W. MYHRE,<br>    Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS A. CECRLE,<br><br>　　　　Defendant. | 2:12-cr-400-JAD-GWF |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, January 26, 2015, be vacated and continued to _____ at the hour of _____ __.m.

DATED this ____ day of January, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE