RENE L. VALLADARES
Federal Public Defender
District of Nevada
State Bar No. 11479
William Carrico
Assistant Federal Public Defender
State Bar No. 003042
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Thomas A. Cecrle

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS A. CECRLE,<br><br>Defendant. | 2:12-cr-400-JAD-GWF<br><br>**STIPULATION TO CONTINUE<br>SELF SURRENDER DATE**<br>(First Request)<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Steven W. Myhre, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for THOMAS A. CECRLE, that the self surrender date for Tuesday, June 2, 2015, be vacated and continued to July 14, 2015.

This Stipulation is entered into for the following reasons:

1. Since the time of sentencing, Tom Cecrle has been trying to place his mother in an assisted living environment suitable for Alzheimer's patients.

2. Her income is insufficient to pay the costs, so he has been applying and attempting to qualify her for assistance. Just recently, the State of Nevada informed him that they would not

///

1

be able to place her until August 2015, however though intensified efforts by Tom, he is now informed that the date has moved up to early July.

3. Tom Cecrle's surrender date is currently June 2, 2015. He has been designated to Florence, Colorado where he is to self-surrender by 12:00 Noon. He had all arrangements made to comply with that directive.

4. As late as May 26, 2015, the Nevada Alzheimer's Association told Mr. Cecrle that they had to return some of his mother's paperwork due to some missing information on two pages. Nonetheless, Mr. Cecrle remains confident that if the Court will permit him to self-surrender on July 14, 2015 by 12:00 noon, he will be able to meet his obligations to his mother, ensure her care as much as possible, and also meet his obligations to this Court.

5. The defendant is not incarcerated and does not object to the continuance.

6. The parties agree to the continuance.

7. This is the first request for a continuance of the self surrender date filed herein.

DATED this 27th day of May, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| /s/ William Carrico<br>By: _____<br>WILLIAM CARRICO,<br>Assistant Federal Public Defender | /s/ Steven W. Myhre<br>By: _____<br>STEVEN W. MYHRE,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THOMAS A. CECRLE,<br><br>　　　　　Defendant. | 2:12-cr-400-JAD-GWF |

**ORDER**

　　Based on the pending Stipulation of counsel, and good cause appearing,

　　IT IS THEREFORE ORDERED that the self surrender date currently scheduled for Tuesday, June 2, 2015, be vacated and continued to 7/14/15 at the hour of 12:00 p.m.

　　DATED this 28th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE